**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-2366

VIVIEN NEWTON,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (MISC-01-23)

Submitted:  February 14, 2002      Decided:  February 21, 2002

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vivien Newton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vivien Newton appeals from the district court's order denying leave to proceed in forma pauperis. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Newton v. Commonwealth of Virginia</u>, No. MISC-01-23 (E.D. Va. filed Oct. 26, 2001; entered Nov. 7, 2001). We deny Newton's motion to proceed in forma pauperis on appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2